

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00711-CR

Jose **CASTELLANOS-AGUILERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10449
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED.

SIGNED December 9, 2015.

_____
Karen Angelini, Justice